**HOLMES & NARVER CONSTRUCTORS, INC., Appellant,**

v.

**James G. ROCHE, Secretary of the Air Force, Appellee.**

No. 02–1409.

United States Court of Appeals, Federal Circuit.

March 7, 2003.

Before MAYER, Chief Judge, NEWMAN, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.